UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| MANETIRONY CLERVRAIN, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No.: 3:20-CV-548-TAV-DCP |
| BILL LEE, | ) | |
| Defendant. | ) | |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion and order filed contemporaneously with this order, it is **ORDERED** and **ADJUDGED** that this pro se civil rights action, filed under 42 U.S.C. § 1983, is **DISMISSED** as frivolous. 28 U.S.C. §§ 1915(e)(2)(B)(i) and 1915A(b)(1).

Because the Court **CERTIFIED** in the memorandum opinion and order that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
s/ John L. Medearis
CLERK OF COURT